| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMPLE BRIGHT DEVELOPMENT, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> COMIS INTERNATIONAL dba COMIS CUSTOMS BROKERS Co.; FRANK NOAH, an individual and dba COMIS INTERNATIONAL <br><br> Defendants. | CASE NO. CV 11-01329 MMM (FMOx) <br><br> AMENDED JUDGMENT FOR PLAINTIFF |

This action was tried to the court on July 10 and 11, 2012. On December 21, 2012, the court entered findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure. The court entered judgment for plaintiff the same day. Subsequently, on January 4, 2013, plaintiff filed a motion to amend the judgment to include an award of prejudgment interest. On March 28, 2013, the court granted that motion. Pursuant to the court's findings of fact and conclusions of law and its order granting plaintiff's motion for an amended judgment,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Ample Bright Development, Ltd. recover the sum of $325,102.41 from defendants Comis International dba Comis Customs Brokers Co. and Frank Noah;

2. That the action be, and it hereby is, dismissed; and

3. That plaintiff recover its costs of suit herein.

DATED: March 28, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE