# DISTRICT COURT OF THE UNITED STATES
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMPLE BRIGHT DEVELOPMENT, LTD., <br><br> Plaintiff, <br> vs. <br> COMIS INTERNATIONAL dba COMIS CUSTOMS BROKERS CO.; FRANK NOAH, an individual and dba COMIS INTERNATIONAL <br><br> Defendants. <br> _____ <br> COMIS INTERNATIONAL dba COMIS CUSTOMS BROKERS CO.; FRANK NOAH, an individual and dba COMIS INTERNATIONAL <br><br> Third Party Plaintiffs. <br> vs. <br> PACIFIC WORLDWIDE, INC., a Delaware corporation; PACIFIC INTERNATIONAL ALLIANCE, INC., a Delaware corporation; and ROES 1 through 10, inclusive, <br><br> Third Party Defendants | CASE NO.: CV11-01329-MMM (VBKx) <br><br> **[PROPOSED] AMENDED JUDGMENT** |

  This action was tried to the court on July 10 and 11, 2012. On December 21, 2012, the court entered findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure. The court entered judgment for plaintiff

**AMENDED JUDGMENT**

1

the same day. Subsequently, on January 4, 2013, plaintiff filed a motion to amend the judgment to include an award of prejudgment interest. On March 28, 2013, the court granted that motion. On May 27, 2014, defendants/third party plaintiffs filed a motion to amend the judgment to incorporate the terms of accepted Rule 68 Offer between defendants/third party plaintiffs and third party defendants pursuant to Rule 68. On July 25, 2015, the court granted the motion to incorporate the terms of accepted Rule 68 Offer.

Pursuant to the court's findings of fact and conclusion of law and its order granting plaintiff's motion for an amended judgment and third party plaintiffs' motion for an amended judgment,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Ample Bright Development, Ltd. recover the sum of $325,102.41 from defendants Comis International dba Comis Customs Brokers Co. and Frank Noah;

2. That third party plaintiffs Comis International dba Comis Customs Brokers Co. and Frank Noah recover the sum of $325,102.41 from third party defendants Pacific Worldwide, Inc. and Pacific International Alliance, Inc.;

3. That the action be, and it hereby is, dismissed; and

4. That plaintiff recover its costs of suit herein from defendants;

5. That third party plaintiffs recover costs of suit herein from third party defendants.

Dated: January 22, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

**AMENDED JUDGMENT**

2